Brian C. Shapiro
Attorney at Law: 192789
«Office_Name»
«Address_1»
«Address_2»
«Telephone»
«Facsimile»
E-mail: «email»

Attorneys for Plaintiff DANITA HAYES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DANITA HAYES, | ) Case No.: CV 08-5407 CW |
|---|---|
| Plaintiff, | ) ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Brian C. Shapiro, as Plaintiff's assignee and subject to the reservation of rights, the amount of three thousand dollars, ($3,000), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:   July 15, 2009

_____/S/_____
THE HONORABLE CARLA M. WOEHRLE
UNITED STATES MAGISTRATE JUDGE